UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE LANDS COUNCIL,<br><br>               Plaintiff,<br>vs.<br><br>CITY OF PULLMAN,<br><br>               Defendant. | No. CV-12-0053-JLQ<br><br>**ORDER** |

BEFORE THE COURT is the Joint Motion to Enter Order for Consent Decree (ECF No. 6), and the proposed Consent Decree (ECF No. 6-1). The court has reviewed the file in this matter and the proposed Consent Decree and hereby **GRANTS** the Joint Motion (ECF No. 6) for entry of the Consent Decree. Accordingly,

**IT IS HEREBY ORDERED**:

1. The Joint Motion (ECF No. 6) is GRANTED. The court has signed and filed the Consent Decree as submitted by the parties at ECF No. 6-1. Pursuant to the Consent Decree, the Clerk of this court shall enter judgment dismissing the Complaint and the claims therein with prejudice and close this file, subject to reopening on good cause shown.

2. The court shall retain jurisdiction over the parties in order to enforce compliance with the terms of the Consent Decree.

**IT IS SO ORDERED:**

The Clerk is hereby directed to enter this Order and furnish copies to counsel.

**DATED** this 3rd day of May, 2012.

                              JUSTIN L. QUACKENBUSH
                              SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1