Craig S. Trueblood, WSBA #18357
K&L Gates LLP
925 Fourth Ave, Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
Facsimile: (206) 370-6196
Email: craig.trueblood@klgates.com

Attorneys for Defendant
CITY OF PULLMAN

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE LANDS COUNCIL, a non-profit corporation.<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF PULLMAN, a municipal corporation,<br><br>    Defendant. | Case No. CV-12-0053-JLQ<br><br>[Proposed] **AMENDMENT TO CONSENT DECREE** |

Plaintiff, The Lands Council, and Defendant, the City of Pullman (the "City"), subject to approval by the Court, hereby agree to the terms and conditions of this Amendment to Consent Decree. The Lands Council and the City are referred to collectively as the "Parties," or individually as a "Party," to this Consent Decree.

## RECITALS

1. The Lands Council is a Washington nonprofit organization formed and operated for the purpose of preserving and revitalizing Inland Northwest forests, water, and wildlife through advocacy, education, effective action, and community engagement. The Lands Council identifies environmental and health issues along the South Fork of the Palouse River and reaches out to river users who share its commitment to a river that is swimmable, fishable, and properly regulated;

2. The City operates a Wastewater Treatment Plant ("WWTP") that collects, transports, and treats sewage for the City, covered by National Pollution Discharge Elimination System (NPDES) Permit No. WA-004465-2 ("Wastewater Permit"), and a Municipal Separate Storm Sewer System ("MS4") that covers the entire incorporated area of the City and is regulated by the Eastern Washington Phase II Municipal Storm Water Permit ("Phase II Permit");

3. The Parties signed into a Consent Decree to resolve a dispute regarding the MS4 and WWTP and the City's compliance with the Federal Water Pollution Control Act ("Clean Water Act" or "CWA"), 33 U.S.C. § 1342, and the Court approved the Consent Decree on May 3, 2012 (the "Consent Decree");

4. The Parties have been working cooperatively and diligently to implement the Consent Decree and have concluded that the Consent Decree should be amended so that the common goals of the Parties can be achieved in a timely manner;

5. The Parties agree, with no admission of liability or the validity of any claim, allegation or defense, and subject to approval by the Court, to the following terms and conditions set forth in this Amendment to Consent Decree.

NOW THEREFORE, it is hereby stipulated and agreed between the Parties, and ordered and decreed by the Court, as follows:

## I. GENERAL OBJECTIVES

1. The objectives of this Amendment to Consent Decree are:

    a. To ensure that the City complies with the Clean Water Act;

    b. To ensure that the City continues to use, implement, and improve ways, means, and methods to minimize pollution discharges from the MS4 and WWTP systems into the South Fork of the Palouse River; and

    c. To further the goals and objectives of the Clean Water Act

## II. DEFINITIONS

Unless otherwise expressly defined herein, terms used in this Amendment to Consent Decree, which are defined in the CWA or in regulations, or rules promulgated under the CWA, have the meaning assigned to them in the applicable statutes, regulations, or rules.

## III. JURISDICTION AND VENUE

For the purposes of entry and enforcement of this Amendment to Consent Decree, the Parties stipulate that the United States District Court for the Eastern District of Washington has jurisdiction over the Parties and subject matter of this action. The Parties further stipulate that venue is appropriate in the United States District Court for the Eastern District of Washington. Solely for the purposes of entry and enforcement of this Amendment to Consent Decree, the City agrees that it shall not challenge The Lands Council's standing to bring this action and/or to enforce the terms of this Amendment to Consent Decree.

## IV. EFFECT OF AMENDMENT TO CONSENT DECREE

The Lands Council does not, by its consent to this Amendment to Consent Decree, warrant or aver in any manner that the City's compliance with this Amendment to Consent Decree will constitute or result in compliance with any Federal, State, or local law or regulation. Nothing in this Amendment to Consent Decree shall be construed to affect or limit in any way the obligation of the City to comply with all Federal, State and local laws, and regulations governing any activity required by this Amendment to Consent Decree.

Neither this Amendment to Consent Decree, nor any payment pursuant to the Amendment to Consent Decree, shall constitute evidence or be construed as a finding, adjudication, or acknowledgement of any fact, law, or liability, nor shall it be construed as an admission or violation of any law, rule, regulation, permit, or administrative order by the City. However, this Amendment to Consent Decree and/or any payment pursuant to the Amendment to Consent Decree may constitute evidence in actions seeking to enforce compliance with this Amendment to Consent Decree. The City maintains and reserves all defenses it may have to any alleged violations that may be raised in the future.

## V.   AMENDMENTS

A. **Section VI** of the Consent Decree is amended to read:

"The term 'Effective Date,' as used in this Consent Decree, shall mean the date the Court orders entry of the consent decree. The term 'Termination Date' as used in this Consent Decree shall mean the date of termination of the Consent Decree, which shall be September 30, 2019, so long as all payments, fees, and costs due under or pursuant to this Consent Decree, including, but not limited to, provisions governing Supplemental Environmental Projects, Attorney's Fees and Costs, and Dispute Resolution, have been paid

in full."

**B. Section XIII.3.** of the Consent Decree is amended to read:

"As provided above, this Consent Decree shall continue in effect until September 30, 2019."

**C. Section VII.C.1.** of the Consent Decree is amended to read:

"To address issues with the WWTP's disinfection system, the City shall proceed with upgrades to the current system to reduce formation of dichlorobromomethane (DCBM). No later than September 1, 2019, the City shall verify that construction is substantially complete."

**D.** All other provisions of the Consent Decree remain in full force and effect.

## VI.  MISCELLANEOUS PROVISIONS

1. <u>Court Approval</u>: This Amendment to Consent Decree is subject to notice, review and comment by the United States Department of Justice and the Environmental Protection Agency, and approval by the Court, as provided by the Clean Water Act.

2. <u>Effective Date</u>: The Effective Date of this Amendment to Consent Decree shall be the date of approval and entry by the Court.

3. <u>Execution in Counterparts</u>: This Amendment to Consent Decree may be executed in one or more counterparts which, taken together, shall be deemed to constitute one and the same document.

5. <u>Severability</u>: In the event that any of the provisions of this Amendment to Consent Decree are held by a court to be unenforceable, the validity of the enforceable provisions shall not be adversely affected, but the Parties shall use the Dispute Resolution procedures (including access to Court, if necessary) to

develop a functionally equivalent provision to substitute for the unenforceable provision.

6. Construction: The language in all parts of this Amendment to Consent Decree, unless otherwise stated, shall be construed according to its plain and ordinary meaning.

7. Authority to Sign: The undersigned are authorized to execute this Amendment to Consent Decree on behalf of their respective Parties and have read, understood and agreed to all of the terms and conditions of this Amendment to Consent Decree.

8. Court Approval: If for any reason the Court should decline to approve this Amendment to Consent Decree in the form presented, the Parties shall use their best efforts to work together to modify the Amendment to Consent Decree within thirty (30) days so that it is acceptable to the Court. If the Parties are unable to modify this Amendment to Consent Decree in a mutually acceptable manner within thirty (30) days, this Amendment to Consent Decree is voidable at the sole discretion of any Party and the terms of this Amendment to Consent Decree may not be used as evidence in any litigation between the Parties.

The Parties hereto enter into this Amendment to Consent Decree and submit it to the Court for approval and entry as a final judgment.

APPROVED AS TO CONTENT AND FORM:

THE LANDS COUNCIL

By: _____
Mike Petersen, The Lands Council

CITY OF PULLMAN

By: _____
Glenn A. Johnson, Mayor

Attest: _____
Leann L. Hubbard, Finance Director

DATED March 30, 2016

IT IS HEREBY ORDERED that this Amendment to Consent Decree is approved and entered accordingly, subject to the ongoing jurisdiction of the Court, for the purposes of enforcement of this Amendment to Consent Decree.

APPROVED AND SO ORDERED:

_____, Judge
United States District Court

Dated: April 25, 2016